FILED
CHARLOTTE, NC

SEP 16 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.** 3:26-CR-204-KDB |
| **v.** | **BILL OF INDICTMENT**<br>**Violations: 18 U.S.C. § 2114(a)** |
| **SAMUEL HERNANDEZ FLORES**<br>*A.k.a. Samuel Hernandez* | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Assault with Intent to Rob a Mail Carrier)*

On or about November 3, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**SAMUEL HERNANDEZ FLORES,**

did assault J.W., a person having lawful charge, custody, and control of United States mail matter and other property of the United States, with intent to rob, steal, and purloin said mail matter, and other property of the United States, all in violation of Title 18, United States Code, Section 2114(a).

A TRUE BILL

[redacted]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY